622

396 A.2d 830

Crossey, Appellant, v. Dagle.

Argued October 24, 1978. Carl Gainor, for appellant; Lisle A. Zehner, Jr., for appellee.

Before CERCONE, WIEAND and HOFFMAN, JJ.

Judgment affirmed.

396 A.2d 831

Dix, et ux., Appellants, v. The City of Pittsburgh et al.

Argued October 25, 1978. John G. Arch, for appellant; Paul D. Kruper, for appellee, Crowe; Mead J. Mulvihill, Jr., for appellee, The City of Pittsburgh.

Before PRICE, HESTER and WATKINS, JJ.

Judgment affirmed.